Todd Blanche
Acting Attorney General of the United States
Michael L. Vander Giessen
Special Assistant United States Attorney
Michael J. Ellis
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 0 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON
ECF No 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:26-CR-64-TOR |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio.: 18 U.S.C. §§ 113(a)(7), 1152 |
| LORIE SUE NELSON, | Assault Resulting in Substantial Bodily Injury to a Child Under Age 16 in Indian Country |
| Defendant. | |

The Grand Jury charges:

On or about and between September 20, 2018, and September 29, 2018, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, in Indian country, the Defendant, LORIE SUE NELSON, did intentionally assault K.Z., an Indian and an individual who had not attained the age

//

//

//

INDICTMENT – 1

of 16 years, resulting in substantial bodily injury to K.Z., all in violation of 18 U.S.C. §§ 113(a)(7) and 1152.

DATED this ___20___ day of May, 2026.

A TRUE BILL

■■■■■■■■■■■■

Todd Blanche
Acting Attorney General

_____
Alison L. Gregoire
Criminal Chief

_____
Michael L. Vander Giessen
Special Assistant United States Attorney

_____
Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 2