FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2026

SEAN F. MCAVOY, CLERK

# CHARGES AND PENALTIES

ECF No 3

**CASE NAME:** Lorie Sue Nelson          **CASE NO.** ___2:26-CR-64-TOR-1___

TOTAL # OF COUNTS: _1_   ☑ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 113(a)(7), 1152 | Assault Resulting in Substantial Bodily Injury to a Child Under Age 16 in Indian Country | Up to five years' imprisonment; up to a $250,000 fine; up to three years' supervised release; and a $100 special penalty assessment |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |