FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2026

SEAN F. McAVOY, CLERK

ECF No 5

Todd Blanche
Acting Attorney General of the United States
Michael L. Vander Giessen
Special Assistant United States Attorney
Michael J. Ellis
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

LORIE SUE NELSON,

          Defendant.

Case No.:  2:26-CR-64-TOR-1

Motion to Seal Indictment

Plaintiff, United States of America, by and through Michael L. Vander Giessen, Special Assistant United States Attorney for the Eastern District of Washington, and Michael J. Ellis, Assistant United States Attorney for the Eastern District of Washington, moves the Court pursuant to Federal Rule of Criminal Procedure 49.1(d) for an order sealing the Indictment until further order of the Court or until Defendant's arrest, whichever comes first.

    Dated: May 20, 2026

                                  Todd Blanche
                                  Acting Attorney General

                                *s/ Michael L. Vander Giessen*
                                  Michael L. Vander Giessen
                                  Special Assistant United States Attorney

MOTION TO SEAL INDICTMENT