FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2026

SEAN F. McAVOY, CLERK

ECF No 6

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

LORIE SUE NELSON,

        Defendant.

Case No.:  2:26-CR-64-TOR-1

Order to Seal Indictment

IT IS HEREBY ORDERED that the Indictment is sealed until further order of the Court or until Defendant's arrest, whichever comes first.

DATED this _20th_ day of May 2026.

_____
James A. Goeke
United States Magistrate Judge

ORDER TO SEAL INDICTMENT