FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2026

SEAN F. MCAVOY, CLERK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

RECEIVED
UNITED STATES MARSHAL
2026 MAY 20 PM 2:47
EASTERN WASHINGTON
SPOKANE

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.    2:26-CR-64-TOR-1 |
| LORIE SUE NELSON | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ LORIE SUE NELSON _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 113(a)(7), 1152 Assault Resulting in Substantial Bodily Injury to a Child Under Age 16 in Indian Country

Date: ____ May 20, 2026, 2:39 pm ____

_____
*Issuing officer's signature*

City and state:    Spokane, Washington

_____
Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

### Return

This warrant was received on *(date)* __5/20/26__ , and the person was arrested on *(date)* __7/17/26__
at *(city and state)* __Colville, WA__ .

Date: __7/17/26__

Arrested within the E/WA

By: __FBI__
(Agency)
*Arresting officer's signature*

Executed On: __7/17/26__

Sign: __Reegan L. Schrader, USMS__
*Printed name and title*